**Order filed February 6, 2012.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

—————————

## NO. 14-11-00462-CV

—————————

## IN THE INTEREST OF D.M.D., T.S.D., D.M.D. A/K/A D.D., Children

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2004-10615J**

---

## O R D E R

This Court has determined, pursuant to TEX. R. APP. P. 34.5(f), that it must inspect the original of the following exhibits admitted into evidence during the Placement Review Hearing conducted June 29, 2010.

- P-1    CCJ Form
- P-2    CCJ Form
- P-3    CCJ Form
- P-4    CCJ Form
- P-5    Citation
- P-6    2054 Order 2006

The clerk of the 314th District Court is directed to deliver to the clerk of this Court the original of the exhibits listed above on or before **February 10, 2012.** The clerk of this Court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this Court for their inspection; and, upon completion of inspection, to return the original of the exhibits listed above to the clerk of the 314th District Court.

PER CURIAM